AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Western District of Texas (Austin Divisio

| | |
|---|---|
| The Daily Wire, LLC, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:24-mc-00963 |
| United States Department of State, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Non-party Disinformation Index, Inc.

Date: 08/27/2024

*Attorney's signature*

HANNAH SANTASAWATKUL  No. 24107617
*Printed name and bar number*

1225 Seventeenth St.
Suite 2600
Denver, CO 80202 USA

*Address*

Hannah.Santasawatkul@wilmerhale.com
*E-mail address*

(720) 598-3468
*Telephone number*

(720) 274-3133
*FAX number*

[Print]  [Save As...]  [Reset]